PER CURIAM.
Affirmed. Canakaris v. Canakaris, 382 So.2d 1197 (Fla.1980); State v. Jones, 377 So.2d 1163, 1164 (Fla.1979); Herzog v. Herzog, 346 So.2d 56 (Fla.1977); Shaw v. Shaw, *506 334 So.2d 13, 16 (Fla.1976); Palmar v. Palmar, 402 So.2d 20 (Fla. 3d DCA 1981); Pfohl v. Pfohl, 345 So.2d 371, 375 (Fla. 3d DCA 1977); Marsh v. Sarasota County, 97 So.2d 312 (Fla. 2d DCA 1957), cert. denied, 101 So.2d 816 (Fla.1958).